UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 3:20-cr-04

vs.

JOSHUA K. BRANNON,                    District Judge Michael J. Newman

    Defendant.

---

**ORDER REQUIRING POST-HEARING BRIEFING ON DEFENDANT'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT**

---

This criminal case came before the Court on May 25, 2021 for a hearing on Defendant's objection to the presentence investigation report ("PSR"). Doc. No. 26. The Court heard testimony from Government witness Agent Kenneth Pitney and oral argument from both parties on the objection. Upon further consideration, the Court **ORDERS** both parties to submit post-hearing briefs on the issue. Defendant shall file a memorandum in support of his objection on or before **June 3, 2021** addressing, *inter alia*, the Federal Bureau of Prison regulations implicated by the PSR's guideline calculation and whether Defendant's objection is mooted by the Government's stipulation to a sentence below that set forth in the PSR. The Government will have 7 days following the filing of Defendant's memorandum to file opposition briefing. Defendant shall have 3 days following the filing of the Government's opposition memorandum to file a reply brief, if any.

    **IT IS SO ORDERED**.

Date:   May 27, 2021                             s/Michael J. Newman
                                                 Hon. Michael J. Newman
                                                 United States District Judge